*McCaskill & McCaskill,* for Appellees.

---

L. C. Richmond, J. M. Key, N. M. Barney and J. A. Caple for themselves and on behalf of all other persons anywise interested, Appellants, v. Special Road and Bridge District Number Three of Dade County, Florida, and the State of Florida, Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Dade.

Appeal dismissed on motion of counsel for the respective parties.

*Price, Price & Eyles,* for Appellants;

*McCaskill & McCaskill,* for Appellees.